FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 20-70311-HDH | Trustee Name: | Scott M. Seidel |
| --- | --- | --- | --- |
| Case Name: | COLLINS MOTOR COMPANY, LLC | Date Filed (f) or Converted (c): | 08/13/2021 (c) |
| For the Period Ending: | 12/31/2021 | §341(a) Meeting Date: | 09/15/2021 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 7 trucks and vehicles (u) | $56,000.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Asset amended on second set of amended schedules DN 64 to current listed value

Vehicles ownership is at contention and has yet to be clarified by lien holders and debtor representative

First amended schedules list 6 vehicles valued at $38,000 with a lien of over $447,000.00

First filed schedules DN 22 lists vehicles in the amount of $11,000 with 4 in the name of this debtor and the rest in the name of the associated debtor, Jody Wade Enterprises, LLC and former associated case, Jody Wade.

The Trustee is working with the debtor's representative, debtor's counsel and counsel for the bank to clearly identify the vehicles that belong to this debtor.

Due to the addition of further vehicles and additional valuation to each amended schedule, the Trustee considers this bulk entry to be an unscheduled asset.

The Trustee filed a Notice of Intent to Abandon DN 68 due to the liens associated with the vehicles

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| | $56,000.00 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**

12/20/2021    Trustee is negotiating with creditor to determine sale of causes of action

| Initial Projected Date Of Final Report (TFR): | 08/13/2023 | Current Projected Date Of Final Report (TFR): | /s/ SCOTT M. SEIDEL |
| --- | --- | --- | --- |
| | | | SCOTT M. SEIDEL |